FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2021

No. 04-19-00871-CR

Charles W. **EADEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR4480
Honorable Raymond Angelini, Judge Presiding

# O R D E R

On December 30, 2020, we abated this appeal to the trial court for a hearing to determine whether appellant desired to prosecute his appeal, whether appellant was indigent, and whether counsel had abandoned this appeal. *See* TEX. R. APP. P. 38.8(b)(2). On January 25, 2021, a supplemental clerk's record containing the trial court's findings of fact and conclusions of law was filed in this court. The trial court found that appellant desires to prosecute his appeal, appellant is indigent, and appellate counsel has not abandoned the appeal. We, therefore, ORDER this appeal reinstated on the docket of this court.

Counsel for appellant has filed the appellant's brief and it is deemed filed on the date of this reinstatement order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court